UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MALESA LYNN HALE,<br><br>　　　　　Defendant | Case No. 4:22-CR-06007-MKD-2<br><br>NOTICE OF UNAVAILABILITY |

TO:　　　Clerk of the Court; and
TO:　　　D. Herzog, AUSA,

PLEASE TAKE NOTICE that CARNEY & MARCHI and Nicholas Marchi, counsel for the Defendant, that counsel will be out of the office and out of the country and unavailable from February 25, 2022, to March 14, 2022.  Counsel requests that no hearings or other matters be set during the dates of unavailability

　　　　Dated this 17th day of February 2022.

　　　　　　　　　　　　　　*s/ Nicholas Marchi*
　　　　　　　　　　　　　　NICHOLAS MARCHI

NOTICE OF UNAVAILABILITY - 1

## CERTIFICATE OF SERVICE

I certify that a copy of the Notice of Unavailability was e-mailed via ECF on 2/17/2022, to D. Herzog, Assistant United States Attorney, 825 Jadwin Avenue, Richland, WA 99352.

*S/ Nicholas Marchi*
CARNEY & MARCHI, P.S.
Attorneys for Defendant

NOTICE OF UNAVAILABILITY - 2