```
1   John Gary Metro #37919
    Metro Law PLLC
2   719 Jadwin Avenue
3   Richland, WA. 99352
    (509) 943-7011
4   garymetro@outlook.com
```

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA<br>                    Plaintiff<br><br>v.<br><br>MALESA HALE<br>                    Defendant | Case No.  4:22-cCR-06007 MKD<br><br>DEFENDANT'S REQUEST FOR SUBSTITUTION OF COUNSEL |

    John Gary Metro, at the request of Defendant Malesa Hale, hereby moves this Court for an order substituting in John Gary Metro, WSBN 37919 as counsel of record for Malesa Hale replacing Nicholas Marchi who was appointed as counsel by this Court on February 17, 2022. I, John Gary Metro, declare under penalty of perjury that I have been retained to appear as counsel of record in this matter.  I am a member of good standing of the Bar of this Court and ask to be substituted in as attorney of record.  I have contacted David Herzog who is the Assistant United States Attorney in this case and Nicholas Marchi who was recently appointed to this matter.  To the best of my knowledge neither object to this request.

[1]

|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 | s/*John Gary Metro WSBA# 37919* |
| 5 |   |
| 6 | 719 Jadwin Avenue<br>Richland, WA. 99352 |
| 7 | Phone (509) 943-7011 |
| 8 | Email: gary metro @outlook.com |
| 9 |   |
| 10 |   |
| 11 | **CERTIFICATE OF SERVICE** |
| 12 | I hereby certify that on March 22, 2022, I electronically filed the foregoing with the Clerk of |
| 13 | the Court using the CM/ECF System which will send notification of such filing to the following: |
| 14 |   |
| 15 | David Herzog, Assistant United States Attorney for the Eastern District of Washington, davidherzon@usdoj.com. |
| 16 |   |
| 17 | Nicholas Marchi @nmarchi@carmarlaw.com |
| 18 | paul_shelton@fd.org |
| 19 |   |
| 20 | s/*John Gary Metro WSBA# 37919* |
| 21 |   |
| 22 | 719 Jadwin Avenue<br>Richland, WA. 99352 |
| 23 | Phone (509) 943-7011 |
| 24 | Email: gary metro @outlook.com |
| 25 |   |
| 26 |   |
| 27 |   |
| 28 |   |